No. 725. SUGIMOTO v. NAGLE, COMMISSIONER OF IMMIGRATION. April 28, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Aylett R. Cotton* for petitioner. *Attorney*

*General Mitchell, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *Paul D. Miller* for respondent.

